**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Joshua Streit,<br><br>    Defendant. | Criminal No. 21-mj-801 BRT<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for an appearance on October 28, 2021. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of New York, and he is ordered removed to that district for further proceedings.

Dated: October 28, 2021    *s/ Becky R. Thorson*
                Becky R. Thorson
                United States Magistrate Judge